[NOT FOR PUBLICATION]
 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 96-1311

 EDGAR GRACIANI-GONZALES,

 Petitioner, Appellant,

 v.

 MARIANO ACOSTA-GRUBB,

 Respondent, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Hector M. Laffitte, U.S. District Judge] 

 

 Before

 Selya, Cyr and Boudin,
 Circuit Judges. 

 

Edgar Graciani Gonzales on brief pro se. 
Guillermo Gil, United States Attorney, Jose A. Quiles, Senior 
Litigation Counsel, and Edwin O. Vazquez, Assistant United States 
Attorney, Deputy Chief, Criminal Division, on brief for appellee.

 

 February 3, 1997
 

 Per Curiam. Upon careful review of the briefs and 

record, we conclude that petitioner's 2255 motion was

properly dismissed without a hearing, essentially for the

reasons stated by the district court. We add only these

comments.

 1. We will not consider petitioner's claim, raised for

the first time on appeal, that his attorney had a conflict of

interest. See United States v. Jackson, 3 F.3d 506, 511 (1st 

Cir. 1993).

 2. The district court was not required to give further

consideration to the affidavit purporting to absolve

petitioner of all involvement in the crime. The district

court correctly followed this court's prior ruling on that

point. See United States v. Graciani Gonzales, 61 F.3d 70, 

78 (1st Cir. 1995).

 3. Petitioner's motion to correct the PSR is denied. 

See Fed. R. App. P. 10(e) (record may be corrected to 

accurately reflect the proceedings below). 

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-